UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| NICOLE DANTES | CIVIL ACTION NO. 24-cv-1388 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| A R E TELECOMMUNICATIONS, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Nicole Dantes filed this civil action in state court to recover damages resulting from an auto accident. Defendant ARE Telecommunications, LLC removed the case based on an assertion of diversity jurisdiction, which puts the burden on it to set forth specific allegations that show complete diversity of citizenship of the parties and an amount in controversy over $75,000. In order for the court to assess subject matter jurisdiction, more information is required regarding the citizenship of ARE.

ARE filed a Diversity Jurisdiction Disclosure Statement that alleged that it is a "Georgia Limited Liability Company with its principal place of business in the State of Georgia." The citizenship of an LLC is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). "A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017). If the members are themselves partnerships, LLCs, corporations or other form of entity, their citizenship must be alleged

in accordance with the rules applicable to that entity, and the citizenship must be traced through however many layers of members or partners there may be. <u>Mullins v. TestAmerica Inc</u>., 564 F.3d 386, 397-98 (5th Cir. 2009); <u>Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp</u>. 2018 WL 3551525 (W.D. La. 2018).

The notice of removal, somewhat in accord with those rules, alleges that "ARE's sole member is Joseph Ashley Eaton, a resident of the State of Georgia." It is domicile rather than mere residency that decides citizenship for diversity purposes, and "an allegation of residency alone 'does not satisfy the requirement of an allegation of citizenship.'" <u>Midcap Media Finance, LLC v. Pathway Data, Inc.</u>, 929 F.3d 310, 313 (5th Cir. 2019), quoting <u>Strain v. Harrelson Rubber Co</u>., 742 F.2d 888, 889 (5th Cir. 1984).

ARE must file, no later than **October 25, 2024**, an amended Diversity Jurisdiction Disclosure Statement that identifies the member(s) of ARE and alleges their citizenship in accordance with the applicable rules. If Mr. Eaton is the sole member of ARE, the disclosure statement must allege the state in which he is domiciled.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 15th day of October, 2024.

Mark L. Hornsby
U.S. Magistrate Judge